IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JANE DOE<br><br>and<br><br>JANE ROE,<br>          Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>and<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>and<br><br>ELRY MCKNIGHT,<br><br>and<br><br>JOHN GANT,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    06 2103 |

## PROPOSED ORDER

Plaintiffs' Motion to Proceed Under Pseudonym is GRANTED. Plaintiffs are permitted to proceed as "Jane Doe" and "Jane Roe" in all filings in the above-captioned case *pending further order of the Court,* ~~TFH~~

ORDERED this 7th day of December, 2006.

_____
United States District Court
for the District of Columbia

400496831v1

2

Send copies to:

THOMAS C. HILL (Counsel for Plaintiffs)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128

DISTRICT OF COLUMBIA (Defendant)
Eugene Adams, Interim Attorney General for the District of Columbia
Attorney General's Office
441 4th Street, N.W.
Suite 600
Washington, DC 20001

DISTRICT OF COLUMBIA (Defendant)
The Honorable Mayor of the District of Columbia
Anthony Williams
Office of the Secretary
1350 Pennsylvania Ave., N.W.
Suite 419
Washington, DC 20004

CORRECTIONS CORPORATION OF AMERICA, INC. (Defendant)
CT Corporation System.
1025 Vermont Ave., N.W.
Washington, DC 20005

ELRY MCKNIGHT (Defendant)
3431 Stanton Road, SE
Washington, DC 20002

JOHN GANT (Defendant)
9467 Keepsake Way
Columbia, MD 21046-2017