IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE <br><br> and <br><br> JANE ROE, <br>                 Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> and <br><br> CORRECTIONS CORPORATION OF AMERICA, INC., <br><br> and <br><br> ELRY MCKNIGHT, <br><br> and <br><br> JOHN GANT, <br>                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

1:06CV02103 (ESH)

RECEIVED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs Jane Doe and Jane Roe, by their undersigned attorneys, hereby voluntarily dismiss this action, without prejudice. As of this date, Defendants have not served any answer or motion for summary judgment. In fact, as of this date, Defendants have not been served the summons and complaint.

DATED: December 12, 2006              Respectfully submitted,

*[signature: Ashley McDonald]*

Thomas C. Hill (D.C. Bar #242974)
Ashley McDonald (D.C. Bar #486054)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

Philip Fornaci (D.C. Bar #434824)
Deborah M. Golden (D.C. Bar #470578)
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
    and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
(202) 319-1000

Attorneys for Plaintiffs Jane Doe and Jane Roe

- 2 -